UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID BRIAN MORGAN, )<br>)<br>Petitioner, )<br>v. )<br>)<br>STATE OF OKLAHOMA, )<br>)<br>Respondent. ) | Case No. CIV-25-1317-R |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin, entered on November 24, 2025 [Doc. No. 6]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of Judge Erwin is ADOPTED in its entirety and Plaintiff's action is dismissed.

IT IS SO ORDERED this 6th day of January, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE